Aldon L. Bolanos, Esq., SBN. 233915
Nine Twenty-Five "G" Street
Sacramento, California 95814
PH.  916.446.2800
FX.  916.446.2828
www.aldonlaw.com

Attorney for Plaintiff Ekin MITCHELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKIN MITCHELL,<br><br>           Plaintiff,<br><br>      vs.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, DOES 1-10,<br><br>           Defendants. | Case No.  2:11-CV-00362-LKK-DAD<br><br>**DECLARATION OF ALDON L. BOLANOS, ESQ.**<br><br>Date:       July 29, 2011<br>Time:       10:00 a.m.<br>Courtroom:  27<br>Judge:      Hon. Dale A. Drozd<br><br>Action Filed: February 2, 2011 |

   I, Aldon L. Bolanos, Esq., declare as follows:

1.  I am the attorney of record for plaintiff in this case.  My hourly rate is three hundred U.S. dollars.

2.  I prepared the default in this case.  Aside from preparing the pleading itself, it required me to conduct some research into whether the public entity school district possessed any privileges and/or immunities as regards service of process or additional notice of default.

3.  In total, Plaintiff expended 8.3 hours of attorney time in procuring this default, from the initial procedural

research to drafting the documents themselves to research regarding miscellaneous ancillary issues related to school districts.

4.  Things took a bit longer for my office to prepare and understand because we have not previously needed to pursue default in federal court, as well as default against a public school district entity.

I declare on penalty of perjury under the laws of the United States that the foregoing is true and correct so help me God.

DATED: JULY 13, 2011            LAW OFFICE OF ALDON BOLANOS

*/s/ Aldon Bolanos, Esq.*

ATTORNEY FOR PLAINTIFF
Ekin Mitchell