IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EKIN MITCHELL,

    Plaintiff,                                  No. CIV S-11-0362 LKK DAD

    v.

SACRAMENTO CITY UNIFIED
SCHOOL DISTRICT,

                                         ORDER

    Defendant.
_____/

        This matter came before the court on February 10, 2012, for hearing of plaintiff's motion to compel production of documents. Aldon L. Bolanos, Esq. appeared for plaintiff Ekin Mitchell. Gloria Godinez, Esq. appeared for defendant Sacramento City Unified School District.

        Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that plaintiff's motion to compel (Doc. No. 36) is denied without prejudice due to counsel's failure to comply with Local Rule 251(c).

DATED: February 22, 2012.

                                                          *(signature)*
                                                        DALE A. DROZD
DAD:6                                              UNITED STATES MAGISTRATE JUDGE
Ddad1\orders.civil\mitchell0362.oah.021012

1