| | |
|---|---|
| 1 | JAMES T. ANWYL, SBN 78715   jtanwyl@anwylaw.com |
| 2 | LYNN A. GARCIA, SBN 131196   lag@anwylaw.com<br>ANWYL, SCOFFIELD & STEPP, LLP |
| 3 | Post Office Box 269127<br>Sacramento, CA 95826-9127 |
| 4 | Telephone:  (916) 565-1800<br>Facsimile:  (916) 565-2374 |
| 5 | Attorneys for Defendant SACRAMENTO CITY |
| 6 | UNIFIED SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EKIN MITCHELL, | ) | Civil Action No. 2:11-CV-00362-LKK-DAD |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL;** |
|  | ) | **ORDER** |
| v. | ) |  |
|  | ) |  |
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

WHEREAS Plaintiff filed a Complaint in the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION entitled *EKIN MITCHELL v. SACRAMENTO CITY UNIFIED SCHOOL DISTRICT*, United States District Court, Eastern District of California, Case No. 2:11-CV-00362-LKK-DAD, on February 9, 2011;

WHEREAS on December 7, 2012, Plaintiff agreed to dismiss all claims, with prejudice, against defendant SACRAMENTO CITY UNIFIED SCHOOL DISTRICT in exchange for as waiver of costs;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, that this entire action, including all amended Complaints filed in the action, shall be dismissed with prejudice, and each party shall bear its own costs and attorney's fees.

///

///

1    IT IS SO STIPULATED.

2   Date: December 12, 2012

3   LAW OFFICE OF ALDON BOLANOS

4

5    /s/ ALDON BOLANOS
    ALDON L. BOLANOS  (authorized 12/12/12)
6   Attorney for Plaintiff

7
    Dated: December 12, 2012
8
    ANWYL, SCOFFIELD & STEPP
9

10

11    /s/ JAMES T. ANWYL
    JAMES T. ANWYL
    Attorneys for Defendant

1 **ORDER**

2  Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that this entire action is
3 DISMISSED WITH PREJUDICE and that all parties bear their own costs and attorney's fees. The
4 clerk is directed to close this action.

5  IT IS SO ORDERED.

6

7 Dated: December 17, 2012

8

9

10 _____
 LAWRENCE K. KARLTON
 SENIOR JUDGE
11 UNITED STATES DISTRICT COURT